UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
    )   Criminal No. 05-30035-MAP
    )
    )   21 U.S.C. § 851(a)(1)-
    )   (Sentence Enhancement for
    )   Prior Drug Conviction)
      v.     )
    )
2) ELIZABETH CORTES,    )
     Defendant.    )

## INFORMATION

Comes now the United States of America, by and through
Michael J. Sullivan, United States Attorney for the District of
Massachusetts, and Todd E. Newhouse, Assistant United States
Attorney, pursuant to Title 21, United States Code, Section
851(a)(1), and states that it is the intent of the United States
to rely upon a previous felony drug conviction of defendant
ELIZABETH CORTES to increase the punishment that may be imposed
by this Court upon defendant ELIZABETH CORTES'S conviction for
the drug offenses alleged in Counts One and Three of the
Indictment in the above-captioned matter.

The prior felony conviction upon which the Government
intends to rely regarding ELIZABETH CORTES is the following:
1)    felony convictions of guilty for Distribution of a Class B
Controlled Substance, Cocaine; Possession with Intent to
Distribute a Class B Substance, Cocaine; and Distribution of
Cocaine in a School Zone; Docket Numbers 992134, 992135 and

1

992136, entered on March 12, 2001, in Hampden County Superior Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and will be maintained by the undersigned attorney for the government when received.

Filed this 14 day of June, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

## CERTIFICATE OF SERVICE

Hampden,  ss.                    Springfield, Massachusetts
                                 June 14, 2005


    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

TODD E. NEWHOUSE
Assistant United States Attorney

2