# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER OF TEMPORARY DETENTION |
| v. ) | PENDING HEARING PURSUANT TO |
| ) | BAIL REFORM ACT |
| ELIZABETH CORTES, | |
| Defendant ) | |

Criminal Action No.: 05-30035-MAP

Upon motion of the <u>Defendant</u>, and for good cause to continue the matter in order that counsel may be appointed to represent the Defendant having been shown, it is ORDERED that a detention hearing is set for <u>June 24, 2005</u> at <u>9:30 a.m.</u> before <u>Honorable Kenneth P. Neiman, United States Magistrate Judge in Courtroom Three, United States District Court, Springfield</u>. Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____) and produced for hearing.

<u>June 17, 2005</u>    /s/ Kenneth P. Neiman
Date    KENNETH P. NEIMAN
    U.S. Magistrate Judge

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure or intimidate a prospective witness or juror.