AO 2 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ELIZABETH CORTES

SEALED

**WARRANT FOR ARREST**

CASE NUMBER: 05-30035 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _ELIZABETH CORTES_
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

distribution and possession with intent to distribute cocaine base

in violation of
Title _18_ United States Code, Section(s) _841_

_Kenneth P. Neiman_
Name of Issuing Officer

_Magistrate Judge_
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

_June 9, 2005 Springfield, Mass._
Date and Location

Bail fixed at $ _____ by _____
                                                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 6/15/05 | NAME AND TITLE OF ARRESTING OFFICER Robert G. Lewis Special Agent FBI | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 6/15/05 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ELIZABETH CORTES

ALIAS:

LAST KNOWN RESIDENCE: 34 Smith Street, Springfield, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Puerto Rico

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5447

HEIGHT: 5'4"   WEIGHT: 120 lbs

SEX: FEMALE   RACE: Hispanic

HAIR: Red   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI (Springfield, MA)