## THIRD AFFIDAVIT OF SPECIAL AGENT ROBERT C. LEWIS

I, Robert C. Lewis, being duly sworn, depose and state as follows:

### INTRODUCTION

1.  I have been employed by the Federal Bureau of Investigation ("FBI") as a Special Agent for over fifteen years. During that time, I have been involved in dozens of investigations relating to a wide variety of suspected criminal activity, including, among other things, drug and firearms trafficking by organized street gangs, including the Latin Kings. I have been the affiant on numerous affidavits in support of criminal complaints and other applications and have spent much of the last ten years investigating gangs and gang-related activity in the Commonwealth of Massachusetts and the State of New York.

2.  I am submitting this affidavit in support of the government's motion that MICHAEL CECCHETELLI, AKA KING MERLIN ("Cecchetelli") be detained pending trial. Cecchetelli's case is related to the indictment and arrest of the following individuals: EDUARDO PAGAN, AKA KING CHINO LATIN; JULIO MARIN, AKA KING POTE;  MICHAEL MARRERO, AKA KING CLUMSY;  JOSE RODRIGUEZ, AKA KING GRINGO; JOSE ALICEA, AKA KING BEBE; ELIZABETH CORTES, AKA QUEEN ELLIE; ANDRES GIOVANNI COTTO, AKA KING DRE, GABRIEL ORTIZ, AKA KING POPEYE; LUZ TORRES, AKA QUEEN KUKI; ENRIQUE GONZALEZ, AKA KING GRILLO; DAVID RUIZ, AKA KING TYSON;

DANNY ROSS, AKA KING OLD DIRTY;  AURORA MARIN PEREZ; ROSADO
NEFTALY, CESAR CRUZ, AKA KING CESAR; RICARDO DIAZ, AKA RICKY;
DAVID VADDY, AKA KING LA GRAMITA; KELLY ARZATE, AKA KING GETTY;
NICOLAS DIAZ, AKA NICKY; CHARLES HOWARD, AKA KING NINO; and LUIS
RIVERA, AKA LUIS (hereinafter collectively referred to as "the
Defendants").  All of the Defendants have been charged with
various drug and/or firearms violations in indictments or
criminal complaints issued on June 9, 2005 and June 13, 2005.
All of these individuals are also alleged to be members
(including members of the local or regional leadership) or
associates of the Almighty Latin King/Queen Nation ("the Latin
Kings"), a violent street gang operating throughout the
Commonwealth of Massachusetts.

    3.  I have not included each and every fact developed in
this investigation in this affidavit.  Rather, this affidavit
includes facts I believe to be relevant to issues under 18 U.S.C.
§ 3142.

## BACKGROUND OF THE INVESTIGATION

    4.  On February 22, 2004, a Federal Grand Jury in Boston,
Massachusetts, returned indictments charging twenty two members
and associates of the Massachusetts Chapter of the Latin Kings,
including several regional officers representing the Latin Kings'
Massachusetts State Leadership.  The indictments were the result

of a multi-agency investigation which targeted the local Lawrence
and Lowell, Massachusetts chapters of the Latin Kings
(hereinafter Phase I).  FBI Special Agent Mark S. Karangekis was
the case agent who led the Phase I investigation.  SA Karangekis
has advised me that certain defendants of Phase I have pleaded
guilty and cooperated.  These cooperating defendants have
provided the FBI with an insider's understanding of the inner
workings of the state wide leadership of the Massachusetts
Regional Chapter of the Latin Kings and its relationship to the
local chapters.  The cooperating defendants provided information
which caused investigators to conclude that the stronghold of the
Massachusetts chapter was in western Massachusetts, and that the
strength associated to its leadership stemmed from the strength
of the local chapters in that part of the state, specifically,
Springfield and Holyoke.

     5.   The multi-agency investigation referenced above was
continued in western Massachusetts by SA Karangekis and other law
enforcement officers.  In particular, the criminal activities of
the state and local leadership and membership of the Springfield
and Holyoke chapters of the Latin Kings have been the focus of
"Phase II" of the investigation.  When Phase II was initiated,
one of its principal objectives was to further develop
intelligence about the state leadership centered in western
Massachusetts, and the local chapters in Springfield and Holyoke,

3

including their size, the identity and location of their
leadership, the scope of their illegal activities and the way in
which they are organized and operate, including their association
to the state leadership.  In furtherance of this Phase II
objective, officers and agents interviewed the cooperating
defendants from Phase I, cooperating witnesses, and a large
number of confidential informants.  The officers and agents also
reviewed records and recordings at jails, police departments and
courts, examined documents regarding telephones, automobiles and
real estate used by suspected gang members, and conducted
physical surveillance of individuals and locations in
Springfield, Holyoke, and other surrounding western Massachusetts
communities.

      6.   SA Karangekis and other officers involved in the
investigation have advised me that since Phase II was initiated
in March of 2004, two Cooperating Witnesses (CWs) have
successfully purchased cocaine, cocaine base in the form of crack
cocaine, heroin and firearms from the Defendants, all of whom are
members or associates of the Massachusetts Chapter of the Latin
Kings.  All of these purchases were made in the greater
Springfield area by the CWs, who wore recording equipment and
agreed to have their meetings and conversations with the
Defendants recorded.  Many telephone conversations setting up
drug purchases (in which prices and quantities of drugs were

                                4

discussed) were also consensually recorded.  The CWs were also
surveilled by law enforcement officers when they dealt with the
Defendants.

## THE ORGANIZATION, OPERATION
## AND LEADERSHIP OF THE LATIN KINGS

7.   In the course of developing intelligence about the Latin
Kings, SA Karangekis and other law enforcement officers have
spoken to dozens of confidential informants, cooperating
defendants, and cooperating witnesses regarding the gang and its
operations.  These individuals include current or former members
of the Latin Kings (including former members of its leadership),
who were personally familiar with the gang, its operations and
its leaders.

8.   The information about the Latin Kings and its operations
provided below represents a summary of some of the information
provided by these individuals and information obtained from other
sources.   The information provided by individual informants has
been corroborated by comparing it to information given by other
cooperators, information learned by reviewing consensually
recorded telephone calls from area correctional facilities where
Latin King members are incarcerated, and from other sources,
including consensually recorded conversations made during drug
purchases that took place over the course of the investigation.

9.    Information provided by current or former members of the Latin Kings has also been corroborated by subsequent developments in the investigation.  For example, informants identified the Defendants as Latin King members involved in drug trafficking in the Springfield and Holyoke area.  In addition, the CWs made controlled purchases of drugs from the Defendants, many of whom discussed other gang members and gang activities during those purchases.  Information provided about the Latin Kings described herein has also been confirmed by checking police records, by speaking with individuals who participated in the events, and by examining primary gang documents.  In sum, the information set forth in this affidavit, including the information regarding the operation of the Latin Kings, is reliable because it has been provided by multiple sources or otherwise corroborated.

10.    What the investigation has revealed is that the Massachusetts Chapter of the Latin Kings is a street gang with hundreds of members throughout the Commonwealth of Massachusetts. The Latin Kings operate local chapters throughout the state including chapters inside many correctional facilities.  Many members of the gang are involved in a broad range of illegal activities including drug trafficking and crimes of violence undertaken in furtherance of protecting the interests of the gang and its members.

### The Origins of the Almighty Latin King/Queen Nation

11.   The Latin Kings was formed in the 1960s in Chicago.
Its stated organizational purpose was the organization of
Hispanics dedicated to overcoming an "oppressive government" and
uplifting all "third world" people.

12.   The Latin Kings developed a "Manifesto" and a
"Constitution" governing the behavior of its members.   These
documents evolved over years into a detailed code or
organizational and behavioral principles.   The FBI has obtained
copies of the recently published "Massachusetts Chapter
Constitution of The Almighty Latin Kings Nation" and the
"Manifesto of the Almighty Latin King Nation."   The FBI also has
obtained a copy of the Latin Kings' former Manifesto and the
gang's "Massachusetts Policy Book."

13.   During Phase I of the investigation, a Confidential
Informant provided investigators with the original Manifesto and
Massachusetts Chapter Policy Book.   The most senior leader of the
Latin Kings became angry when he observed that those documents
were attached to court documents associated to the prosecution of
the subjects of Phase I of the investigation, not because they
were disclosed, but because they were not up to date, and
referenced an allegiance to a Latin King leader who was no longer
in power and who was considered an enemy of the "Nation."   The
senior leader ordered that the more up to date Manifesto and

Chapter Constitution be made available to members.  These documents were provided to SA Karangekis during Phase II of the investigation by a CW.

14.  In its early years of the gang's development in Chicago, the Latin Kings formed small coalitions to protect the interests of its members.  As time passed, coalitions known as "strike back groups" developed into traditional street gangs who wanted to protect their "turf" from outsiders and rivals.

15.  The seeds planted in the 1960s have evolved into an institutionally accepted directive to protect "turf" and a strict "code of silence," a directive that is adhered to by all Latin King regional chapters, including the Massachusetts Chapter of the Latin Kings.  The adherence to these principals has created a culture of secrecy and institutional violence within the Latin Kings that has grown stronger over the years.  Latin King members are expected to come to the aid of their fellow members on request without hesitation.  Hence, whenever the economic or other interests of the gang (such as its primacy in certain designated geographic areas, the drug trafficking activities of its members, or the security of members from law enforcement) are threatened, members are required to join in on organized actions aimed at mutual protection.  These actions frequently take the form of "missions" i.e., acts of violence directed at rivals.

## General Leadership Structure of the Latin Kings

16.    The Latin Kings have a highly organized rank structure
on the national, regional, and local levels.  The leadership at
each level is comprised of a Supreme Crown Inca and an Executive
Crown of officers consisting of a Carsique, (or second-in-
command), a Minister of Defense (responsible for meting out
punishment, waging war against rivals, and maintaining the gang's
arsenal), a Treasurer (responsible for the collection of dues,
tribute and fines and the maintenance of a common pool of money
known as a "fundle" used to support concerted activities such as
bailing members out of jail and purchasing weapons) and a
Secretary (responsible for maintaining records and the
administration of the gang's business).

17.    Although the Latin Kings originated in the Midwest,
they now have Regional and Local Chapters throughout the eastern
United States.  Regional Chapters must be sanctioned by the
national leadership in Chicago.  Each Regional Chapter must then
sanction its local chapters.  While each Regional Chapter adheres
to the laws and regulations set out in the Manifesto, the
Regional Chapters typically have their own regional policy book
or "constitution" to guide the leadership and regulate the
behavior of its membership.  As stated above, copies of the
"Massachusetts Policy Book" and "Manifesto" were seized in
Lawrence in 2001.   It includes such things as a Membership

9

Application, Voting Form, Convict's Code of Conduct, Guide to Starting a Local Chapter of the Latin Kings in Massachusetts and a form for funeral arrangements for Latin King members. A copy of the more recent Constitution was provided by a CW in Phase II of the investigation.

18. The Regional and Local Chapters adhere to the same leadership structure in place at the national level. The Supreme Crown Inca for the region is typically the most senior member of the gang who chooses his Executive Crown Council. In some circumstances, the Supreme Crown Inca will choose only his Carsique, and the other positions on the Crown Council will be determined by a vote of the membership. There is also a Crown Council Chairman who oversees the activities of the Crown Council and acts as an advisor for that council and a monitor in elections. The Executive Crown Council for a region has a great deal of influence in the selection of the Local Crown Incas for local chapters within the Region and often appoints Regional Officers to oversee those Local Crown Incas.

19. A prime example of the rigid organizational structure of the Latin Kings is its "judicial system." The Latin Kings maintain their own "system of justice" pursuant to which members are formally "charged" with violations of the gang laws. Those charges are adjudicated and individuals found guilty of violating gang rules are punished. Latin Kings who violate gang rules may

10

face fines, physical punishment or expulsion from the gang. Members who cooperate with law enforcement may face particularly harsh punishment up to and including "termination," a term often used for execution. Forms for disciplinary proceedings are also included in the Massachusetts Policy Book.

20. During phase II of the investigation, conversations between Latin Kings inside and outside of jail were monitored by the Massachusetts Department of Corrections. During those discussions, inmates discussed Latin Kings who were being accused of violations of Latin King rules and were being charged. Information received from CWs corroborated these monitored conversations. On more than one occasion, monitored telephone calls revealed one member referencing "charging papers" or "bringing charges" against another member for violations as routine as showing disrespect to a superior or violations as serious as being a "traitor," or a "police collaborator." In other conversations, gang leaders were overheard discussing punishments, and directing members to mete out those punishments. During the course of Phase II of the investigation, a Cooperating Witness provided the FBI with copies of "charging papers" accusing a Latin King leader with violations of the "nation" law. The referenced charging papers are at the heart of an internal conflict which is currently on going in the Latin Kings.

11

19. The investigation revealed that under the laws and regulations of the Latin Kings, the most serious offense which could be committed by a member would be to cooperate with the police against the "Nation," or to be a "police collaborator," and that this offense would carry the gravest of punishments for the violator.

21. The investigation has also revealed that an individual's membership in the Latin Kings requires that individual's sole and unwavering loyalty to the organization, and that any faltering in that loyalty is punishable. Any cooperation, or "collaboration" with the police is considered "A CAPITOL OFFENSE" worthy of the punishment usually associated with such an offense: death. According to cooperating defendants, CWs, and confidential informants who are current and former Latin King members, to adhere to the laws and regulations set out in these documents is to be a Latin King. Members who do not adhere are subject to punishment.

22. Gang finances flow from the membership. Individual members are expected to pay regular dues, tribute (usually in the form of a percentage of revenues derived from illegal activities), and fines levied as a result of violations of gang rules. In turn, these monies are either passed to the regional leadership for their use or maintained in a common fund known as the "fundle" that is used for bail, weapons purchases and other

12

joint gang activities.  Phase II of the investigation revealed
that the Crown Council Chairman recently held a meeting in an
attempt to re-establish regular payment by members into the
"fundle," a practice which was neglected by the current Supreme
Crown Inca, one of many missteps taken during his tenor as the
SCI, missteps which have resulted in the threat of "civil war."

## Illegal Activities of the Latin Kings

23.  The atmosphere of interdependence and secrecy that
surrounds the Latin Kings often leads members to sell illegal
drugs together.  The closed nature of the drug trafficking by
Latin King members was demonstrated in Phase II of the
investigation.  Time and time again, subjects of investigation
revealed to the CWs associations to other subjects from whom the
CWs had also made controlled purchases of drug evidence.  In
addition, subjects displayed the common reluctance to meet with
anyone but the CWs, who where trusted associates and members of
the gang, and thus considered safe with whom to deal.

24.  The investigation has revealed that the atmosphere of
interdependence that pervades the Latin Kings also results in the
use of institutional violence often imposed to protect the
illegal activities of gang members.  Unwanted competition from
other drug traffickers, turf threats from rival gangs, or any
conduct that is perceived to be disrespectful to the Latin Kings
or its members can produce a call to the membership and result in

13

missions, organized violence or shootings.  During Phase II of
the investigation,  for example, a CW was contacted on a number
of occasions by other members who reported disputes with a rival
gang.  The CW was also informed of retaliatory missions against
members of the rival gang who were threatening the geographic
primacy of that individual's drug trafficking.  On more that one
occasion during the investigation, a Latin King member offered to
assist a CW in seeking revenge against another group of criminals
he perceived as a threat to the CW's success as a drug
trafficker.  The offer was based solely on their common
membership in the Latin Kings and on the belief that to injure
one Latin King was to injure another, and that every member of
the Latin Kings should support their fellow members, even with
violence, and even to the death.

### The Latin Kings in Massachusetts

25.  A Regional Chapter of the Latin Kings for Massachusetts
was first sanctioned by the national leadership around 1990.  The
first Supreme Inca for Massachusetts is credited with creating
the Massachusetts Policy Book.  After the first Supreme Inca
received a life sentence for murder and was removed from power, a
subsequent Supreme Inca succeeded him.  Although the second
Supreme Inca was also subsequently incarcerated, he has managed
to maintain influence over the Massachusetts Chapter of the Latin

14

Kings. After the second Supreme Inca was sent to prison, MICHAEL CECCHETELLI, AKA KING MERLIN, took over as the Region's Supreme Inca. There has been a power struggle between CECCHETELLI and the incarcerated second Supreme Inca.

26. The Latin Kings operate several local chapters in Massachusetts. They presently include, among others, chapters in Springfield (generally viewed as the strongest and most influential group), Boston, Worcester, Lawrence, Lowell, New Bedford, and Brockton. The Local Crowns for each of these chapters report directly to a Regional Crown officer assigned to oversee that chapter. Typically, that Regional Crown officer is a former member of the local chapter. According to sources in and out of the Latin Kings, the Lawrence and Lowell chapters have been significantly disrupted. As noted above, the strength of the Latin Kings now lies in western Massachusetts.

27. The Latin Kings also have a significant presence in Massachusetts prisons. Leadership inside jail is usually determined by seniority. Latin Kings chapters in prison are often actively involved in recruitment of new members. Many Latin Kings were originally "blessed" into the gang while incarcerated.

### Recent Changes in the Massachusetts Latin Kings

28. During the past year, the Massachusetts chapter of the Latin Kings has undergone significant changes, started by the

15

indictment and arrest of twenty two leaders and members from

Lawrence and Lowell, including the number three leader in

Massachusetts.  Those indictments sent a ripple effect throughout

the Massachusetts Latin King community.  The indictments were

perceived by the incarcerated second Supreme Inca as a sign of

MICHAEL CECCHETELLI's poor leadership, and his inability to

control the actions of the local leaders of local chapters.  The

second Supreme Inca and CECCHETELLI began feuding, and in this

feud, attempted to align other leaders and members of the Latin

Kings in their respective "camps."   Analysis of telephone

contacts for the second Supreme Inca while he has been

incarcerated reveals his attempt to maintain the loyalty of Latin

Kings on the street, and information provided by CIs and CWs

reveals that CECCHETELLI fears that he is losing control and

could be the subject of violence directed by the second Supreme

Inca and his loyalists.  CWs and CIs have advised that

CECCHETELLI has attempted to discredit and do violence to the

second Supreme Inca.

29.  As a result of the feud between the two most

significant Latin King leaders, there has been a marked

difference in control of the Latin Kings.  Local Crown leaders

have taken a more hands on approach, and the membership and

leadership have become brazen in their drug trafficking and have

shown little concern over bringing attention to the Latin Kings

in Springfield.  For example, the Local Crown Inca of the
Springfield Chapter has taken control of crack cocaine
distribution in Central Street projects of the south end,
employing a number of lower level Latin Kings and associates.

**JOSE RODRIGUEZ, AKA KING GRINGO, JOSE ALICEA, AKA KING BEBE**

30.  As noted in the affidavit submitted in support of
detention, an atmosphere of interdependence and secrecy that
surrounds the Latin Kings often leads members to sell illegal
drugs together.  The closed nature of the drug trafficking by
Latin King members was demonstrated throughout the investigation.
Time and again, subjects of investigation revealed to Cooperating
Witnesses associations to other subjects from whom the
Cooperating Witness had also made controlled purchases of drug
evidence.  In addition, subjects displayed the common reluctance
to meet with anyone but the Cooperating Witnesses, who were
trusted associates and members of the gang, and thus considered
safe to deal with.  This was the case with JOSE RODRIGUEZ, AKA
KING GRINGO, and JOSE ALICEA, AKA KING BEBE.

31.  Investigation revealed that JOSE RODRIGUEZ, AKA KING
GRINGO, is a member of the Latin Kings in Springfield, and that
he distributed crack cocaine in, what the investigation revealed,
was Latin King drug territory, Locust Street, Springfield, and
that RODRIGUEZ relied on his association to the Latin Kings for
success in his drug distribution, in that he relied on other

17

Latin Kings to bring him customers, relied on those same Latin Kings to distribute drugs for him, and felt safe to possess (and fire) weapons in Latin King territory, something only a Latin King would dare do.

32.   The investigation revealed the RODRIGUEZ was associated to JOSE ALICEA, AKA KING BEBE in his drug distribution activities, and in fact, was who ALICEA contacted for crack cocaine when a CW required larger amounts of that drug. RODRIGUEZ revealed himself as one of ALICEA's suppliers of crack cocaine by meeting with ALICEA and the CW, and accompanying those two to a drug "stash" house, where RODRIGUEZ obtained crack cocaine, and provided the same to ALICEA, who in turn provided the crack cocaine to the CW in exchange for official agency funds.

33.   Investigation also revealed that the CW was able to go directly to RODRIGUEZ for larger amounts subsequent to that first drug transaction with ALICEA.   RODRIGUEZ made additional sales of crack cocaine to the CW, on several occasions, at a location identified as RODRIGUEZ's residence at the time, 21 Cedar Street in Springfield, Massachusetts.

34.   The investigation further revealed RODRIGUEZ's membership in the Latin Kings, and his propensity for violence, when on May 28, 2005, members of the Springfield Police Department "Safeguard Unit" and the FBI Western Massachusetts

18

Gang Task Force (WMGTF) arrested JOSE RODRIGUEZ at 258 Locust Street for possession of a firearm and discharging a firearm within 500 feet of a dwelling.

35.   The investigation on May 28, 2005 revealed that RODRIGUEZ was firing a .32 caliber handgun and an air rifle from the rear porch 3rd floor landing of 258 Locust Street, the heart of Latin King territory in Springfield, as children played in the alley below.   As police officers approached, RODRIGUEZ fled into the 3rd floor left hand side of the apartment, the residence of ELSIE ACEVEDO, and out the front of that location, where he was detained by police on the third floor landing as he approached the fourth floor.   Investigation revealed that a .32 caliber handgun recovered in Ms. ACEVEDO's apartment was RODRIGUEZ's handgun, and that it had been recently fired.

36.   Further investigation revealed that ELSIE ACEVEDO is JOSE ALICEA's girlfriend and the mother of his child.   The 3rd floor left residence referenced above is in ACEVEDO's name, and was the site of two separate controlled drug purchases by the CW from JOSE ALICEA, AKA KING BEBE.   The investigation revealed that ALICEA sold drugs for several Latin Kings, to include JOSE MARIN, AKA KING POTE, FELIX MORALES, AKA KING FLEX, and JOSE RODRIGUEZ, AKA KING GRINGO.

37.   Investigation on June 15, 2005, the day of RODRIGUEZ and ALICEA's arrests, revealed that RODRIGUEZ stayed at 258

19

Locust Street, 4th Floor right, and ALICEA stayed at 258 Locust Street, 3rd floor left, the same location RODRIGUEZ left his .32 caliber handgun on May 28, 2005, and the same location at which ALICEA sold drugs to the CW during the investigation.

**JULIO MARIN, AKA KING POTE**

38.    The Investigation revealed that Julio Marin, AKA King Pote, was the Local Crown Inca of the Springfield local chapter of the Latin Kings, until recently being replaced by the state leadership due to the fact that Marin was ignoring his responsibilities, and placing his drug trafficking operation before his gang related duties.    The investigation revealed that Marin relied on his membership, and leadership position, in the Latin Kings to distribute crack cocaine in the south end.  Marin sold crack cocaine from at least June of 2004 until his arrest on June 15, 2005, and  employed or supplied several Latin Kings in those distribution activities, to include Norman Andino, AKA King Dowboy, Danny Ross, AKA King Old Dirty,  David Ruiz, AKA King Tyson, Regino Santiago, AKA King Moyo, and  Jose Alicea, AKA King Bebe.

39.    During the investigation, controlled purchases of crack cocaine were made from Marin by two separate CWs over an eleven month period.    These transactions were either recorded on audio tape and/or video tape.    The transactions were physically surveilled, and surveillance officers who were familiar with

20

Marin's appearance identified Marin with the CWs.  On one
occasion, at Marin's request, the CW placed Marin on the phone
with a police officer, who Marin believed to be the CW's
customer.  Marin assured the officer that the crack cocaine would
be there soon and would be of good quality.  Surveillance
officers overheard this conversation, and observed Marin on the
CW's cell phone as the two spoke.  The two CWs made a number of
controlled purchases of crack cocaine, in amounts ranging from
retail weights  to wholesale amounts weights.   These purchases
were all made in the south end.  A majority of the controlled
purchases were made from 43 Central Street, Marin's residence.
Marin resides with his mother and father at this location, and
family members were present during a number of  these controlled
purchases.  Marin's residence, 43 Central Street,  is  located in
the Central Street projects, a location the investigation
revealed is Latin King drug territory controlled by Marin.

    40.  Other controlled purchases were made from  Latin Kings
who were supplied by Marin.  Marin either directly participated
in the transactions, or was identified by the Latin King making
the sale to the CW as the supplier of the crack cocaine.  For
example, when a CW ordered two "8" balls from Danny Ross AKA King
Old Dirty, Ross supplied the CW with two eight balls of crack
cocaine, and Ross brought the CW to Marin, who supplied one "8"
ball.   On another occasion, the CW ordered two eight balls of

21

crack cocaine from David Ruiz, AKA King Tyson. Ruiz obtained the
crack cocaine from Marin, who obtained it from an unidentified
source. Marin accepted money from Ruiz, which was supplied to
him by the CW. Marin's participation in both of these
transactions were caught on audio and video tape. On another
occasion, while a CW purchased two "8" balls from Regino
Santiago, AKA King Moyo, Santiago referenced his own purchase of
an "8" ball from Marin. The statement was captured on an
audio/video recording.

41. Marin's propensity for violence was particularly
evident during the investigation. During the investigation,
Marin was arrested on two separate occasions for committing
Assault and Battery with Deadly Weapons. On one occasion, Marin,
along with Jose Rodriguez, AKA King Gringo, was arrested for
stabbing an individual during an altercation. On a second
occasion, Marin was involved in an assault of a party. The
police arrived at the scene as Marin was beating that party with
Miguel Lozado, AKA King Demon. Marin and Lozado fled, but
Marin returned once again, even as the police were on scene, and
continued to assault the party.

**ELIZABETH CORTES, AKA QUEEN ELLIE**

42. The investigation revealed that Elizabeth Cortes, AKA
Queen Ellie, is a long time member of the Latin Kings, and has
been involved in drug distribution. A CW made a controlled

22

purchase of crack cocaine from Queen Ellie, after being identified by her boyfriend, FNU LNU, AKA King Drey during a controlled purchase from that party as the supplier of crack cocaine. Specifically, when the CW asked King Drey for a quote on an ounce of crack cocaine (28 grams), King Drey advised that he would need to check with his girl, referring to Cortes. Cortes contacted the CW after King Drey was arrested and placed in jail, and informed the CW that she needed to sell crack cocaine which she was in possession of, so that she could use the money to bail King Drey out of jail. The CW made the controlled purchase of crack cocaine from Cortes at her home. Cortes lives with her child, a child she had with Michael Cecchetelli, AKA King Merlin.

_____

Robert C. Lewis
Special Agent, FBI

Sworn to before me on June 17, 2005.

_____

Kenneth P. Neiman
United States Magistrate Judge

23