UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-30035-MAP |
| | ) |
| ELIZABETH CORTES, | ) |
| Defendant | ) |

INTERIM SCHEDULING ORDER
August 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status Conference this day:

1. An interim status conference will be held on October 14, 2005, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, October 12, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge