UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 OCT 17 P 5: 36

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-30035-MAP |
| ) | |
| v. ) | |
| 2) ELIZABETH CORTES, ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION FOR ENTRY
OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 17, 2005 through November 29, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

During the October 17, 2005 Status Conference the defendant requested time within which to review discovery including CD's and DVD's of the charged drug transactions. The Court continued the case until November 29, 2005 for a Pretrial Conference. The exclusion of this time from the Speedy Trial time period is in the interests of justice.

Therefore, the government moves that the Court exclude the time between October 17, 2005 through November 29, 2005 from the

1

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: *[signature]*
>TODD E. NEWHOUSE
>Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden, ss.

Springfield, Massachusetts
October 17, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

*[signature]*
TODD E. NEWHOUSE
Assistant U.S. Attorney