UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                    ) | Criminal No. 05-30035-MAP |
| ) | |
| ELIZABETH CORTES, ) | |
| Defendant ) | |

FINAL STATUS REPORT
October 17, 2005

NEIMAN, U.S.M.J.

The court held an interim status conference this day which, with the parties' consent, was converted into a final status conference. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for November 29, 2005, at 2:30 p.m. in Courtroom I. Defendant will inform the court at that time whether she intends to file any dispositive motions. The parties estimate that a trial, if necessary, will take approximately five days.

3. Defendant does not intend to raise a defense of insanity or public authority.

4. The parties -- and the court -- agree that, as of today, forty-seven days will have run on the Speedy Trial clock.

5.  There are no other matters relevant to the progress or resolution of the case.

DATED: October 17, 2005

        /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge