UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
'S OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-30035-MAP |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2) ELIZABETH CORTES, | ) | |
| Defendant. | ) | |

2005 NOV 30  P 5: 32

U.S.

GOVERNMENT'S SECOND MOTION FOR ENTRY
OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys,
and hereby moves that the Court enter an Order of Excludable
Delay from November 29, 2005 through March 6, 2006 pursuant to 18
U.S.C. §3161(h)(8)(A).  The government relies on the following in
support thereof.

During the October 17, 2005 Status Conference the defendant
requested time within which to review discovery including CD's
and DVD's of the charged drug transactions.  The Court continued
the case until November 29, 2005 for a Pretrial Conference.
During the November 29, 2006 Pretrial Conference the defendant
requested more time to access and review the DVD's.  Further, the
defendant requested more time for reasons stated at a sealed side
bar conference.  The exclusion of this time from the Speedy Trial
time period is in the interests of justice.  The defendant
assents to this motion.

Therefore, the government moves that the Court exclude the

1

time between November 29, 2005 through March 6, 2006 from the

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

TODD E. NEWHOUSE
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
                                       November 30, 2005

     I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby
certify that I have served, by first class mail, a copy of the
foregoing, to all counsel of record.

TODD E. NEWHOUSE
Assistant U.S. Attorney