

FILED
U.S. Department of Justice  'S OFFICE

2006 JAN 13  P 3: 15

United States Attorney
District of Massachusetts

---

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

January 13, 2006

David P. Hoose, Esq.
1145 Main Street
Springfield, MA 01103

    Re:  United States v. Elizabeth Cortes
         Criminal No. 05-30035-MAP

Dear Attorney Hoose:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the enclosed documents bates stamped 001-00075 regarding the government's cooperating witness.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                           Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

              By:

                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);