

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

FILED
IN CLERK'S OFFICE
2006 MAR 23 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

March 22, 2006

David P. Hoose, Esq.
1145 Main Street
Springfield, MA 01103

    Re:  United States v. Elizabeth Cortes
         Criminal No. 05-30035-MAP

Dear Attorney Hoose:

    In accordance with the government's continuing discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with a copy of the enclosed Motion and Affidavits filed in United States v. Ruiz, Cr. No. 05-30038-MAP.

    Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

         Very truly yours,

         MICHAEL J. SULLIVAN
         United States Attorney

By:

         TODD E. NEWHOUSE
         Assistant U.S. Attorney

Enclosure
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    w/o enclosure

1