AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

FILED IN CLERK'S OFFICE
AUG -3 A 10: 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA
V.
ELIZABETH CORTES

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Puerto Rico | Massachusetts | 06-463-M | 05-30035-MAP |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify)

charging a violation of _____ U.S.C. §

**DISTRICT OF OFFENSE**
DISTRICT OF MASSACHUSETTS

**DESCRIPTION OF CHARGES:**

VIOLATION TO SUPERVISED RELEASE CONDITIONS.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None |
|---|---|
| Interpreter Required? | X No   ☐ Yes   Language: |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| JULY 21, 2006 | S/CAMILLE L. VELEZ-RIVE, U.S. MAGISTRATE JUDGE |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hear...

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

ELIZABETH CORTES
Defendant

WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 06-4183 MJ

CHARGING DISTRICTS
CASE NUMBER: CR-05-30035-MAP

I understand that charges are pending in the STATE OF MASS. District of _____
alleging violation of PROBATION / PAROLE and that I have been arrested in this district and
(Probation /Supervised Release)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assigument of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  ) identity hearing

(  ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Elizabeth Cortes_
Defendant

_____
Defense Counsel

7/21/06
Date



CLOSED

# United States District Court
## District of Puerto Rico (San Juan)
### CRIMINAL DOCKET FOR CASE #: 3:06-mj-00463-CVR-ALL
### Internal Use Only

Case title: USA v. Cortes    Date Filed: 07/13/2006

Assigned to: US Magistrate Judge Camille L. Velez-Rive

**Defendant**

**Elizabeth Cortes** (1)    represented by **Joseph C. Laws**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918-2441
787-281-4927
Fax: 787-281-4899
Email: joseph_laws@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**    **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**    **Disposition**
None

**Interested Party**

**Pretrial Services**

**Plaintiff**

**USA**  represented by  **Nathan Joseph Schulte**
United States Attorney's Office
350 Carlos Chardon St.
Suite 1201
San Juan, PR 00918
787-282-1810
Fax: 787-766-5398
Email: nathan.schulte@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2006 | 1 | Rule 5 Documents Received as to Elizabeth Cortes (yr, ) (Entered: 07/14/2006) |
| 07/13/2006 |  | Arrest of Elizabeth Cortes in Puerto Rico. (yr, ) (Entered: 07/14/2006) |
| 07/13/2006 | 2 | Minute Entry for proceedings held before Magistrate Judge Camille L. Velez-Rive :Initial Appearance as to Elizabeth Cortes held on 7/13/2006. Defendant was advised as to her rights. After reviewing the CJA-23 filled by defendant, the Court deemed it appropriate to appoint counsel for defendant. The Federal Public Defender's Office will represent her. **Removal Hearing set for 7/21/2006 10:00 AM in CVR's Courtroom before US Magistrate Judge Camille L. Velez-Rive.** (yr, ) (Entered: 07/14/2006) |
| 07/13/2006 | 3 | *SEALED* CJA 23 Financial Affidavit by Elizabeth Cortes (yr, ) (Entered: 07/14/2006) |
| 07/13/2006 | 4 | ORDER OF TEMPORARY DETENTION as to Elizabeth Cortes . Signed by Magistrate Judge Camille L. Velez-Rive on 7/13/06. (yr, ) (Entered: 07/14/2006) |
| 07/13/2006 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Elizabeth Cortes Joseph C. Laws for Elizabeth Cortes appointed. Signed by Clerk on 7/13/06. (yr, ) (Entered: 07/14/2006) |
| 07/21/2006 | 6 | WAIVER of Rule 5 Hearings by Elizabeth Cortes (yr, ) (Entered: 07/26/2006) |
| 07/21/2006 | 7 | Minute Entry for proceedings held before Magistrate Judge Camille L. Velez-Rive :Removal Hearing as to Elizabeth Cortes scheduled for 7/21/2006. Present were AUSA G.A. Massucco and AFPD Hector Guzman. Defendant waived identity hearing. Waiver filed and approved. Defendant is ordered removed forthwith. AFPD Guzman requested that if in 2 weeks defendant has not been removed to District of Massachussetts, |

CM/ECF LIVE - U.S. District Court for the District of Puerto Rico Report
Case 3:05-cr-30035-MAP   Document 32   Filed 08/03/2006   Page 5 of 9
Page 3 of 3

|  |  |  |
|---|---|---|
|  |  | a new hearing be scheduled. The Court granted the request and asked AFPD Guzman that if removal has not been done, to file a motion for a new hearing. (Court Reporter FTR.) (yr, ) (Entered: 07/26/2006) |
| 07/21/2006 | ⊖8 | COMMITMENT TO ANOTHER DISTRICT as to Elizabeth Cortes. Defendant committed to District of Massachussetts. Signed by Magistrate Judge Camille L. Velez-Rive on 7/21/06. (yr, ) (Entered: 07/26/2006) |
| 07/21/2006 |  | ***Case Terminated as to Elizabeth Cortes (yr, ) (Entered: 07/26/2006) |

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____ Deputy Clerk
Date: 7/27/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America <br><br> Plaintiff <br><br> v. <br><br> 1-ELIZABETH CORTES <br><br> Defendant | CR. NO. 06-463-M |

### ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on \_\_\_July 13th, 2006_____

                                              FRANCES RIOS DE MORAN
                                              Clerk of the Court

                                              By: S/ Yelitza Rivera-Buonomo
                                              Deputy Clerk

AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION

Elizabeth Cortes
*Defendant*

Case Number: 06-463-M

I find that the defendant

is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

☑ on probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or ☐ pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including _Removal and identity July 31, 2006_, which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays. _at 10:00 AM_

I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the defendant can be transferred and a detainer placed in connection with this case.

If custody is not transferred by the above date, I direct the production of the defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

Date: _____JULY 13, 2006_____     S/CAMILLE L. VELEZ-RIVE, U.S. MAGISTRATE JUDGE
                                                                *Judge*



≫AO 442 (Rev. 10/03) Warrant for Arrest

COPY 06-463-M

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

ELIZABETH CORTES

**WARRANT FOR ARREST**

Case Number: CR 05-30035-MAP

RECEIVED & FILED JUL 13 2006 CLERK'S OFFICE DISTRICT COURT HEY, P.R.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **ELIZABETH CORTES**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF CONDITIONS OF RELEASE

RECEIVED 2006 JUL 13 AM 9: 26 U.S. PRETRIAL SERVICES PUERTO RICO DISTRICT

in violation of Title _____ United States Code, Section(s) _____

JOHN C. STUCKENBRUCK
Name of Issuing Officer

*John C. Stuckenbruck* (signature)
Signature of Issuing Officer

DIVISION MANAGER
Title of Issuing Officer

12/23/2005
Date        Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



```
-----------------CORTES, ELIZABETH-------------- - W6730397----------------
     Commonwealth of Massachusetts - Criminal Justice Information System
          Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 06:42 on 07/13/06
-------------------------------------------------------------------------
Defendant Information:
     Name: CORTES,ELIZABETH                     SS#: 581615447
     Address: 34 SMITH STREET                   Race: W      Sex: M
                                                Hair: BRO    Eyes: BRO
     City: SPRINGFIELD          MA 01105        Weight: 120  Height: 5'04"
                                                Complexion: LBR  Marks:
  Date of Birth: 07/29/1976 Place of Birth: MA Date of Emancipation: 00/00/0000
     Father:                                Mother:
     Known Alias:                               Ref No: W6730397
                                                PCF NO: 00001837167

     License No:                                Misc No:
License State: MA       Obtn No:                CC No:
-------------------------------------------------------------------------
Warrant Information:                            Docket: 9979CR002135
  Issue Date: 12/20/2005  Court of Issue: 79  - HAMPDEN SUPERIOR
        Type: D - DEFAULT                                  98047
  Date of Complaint: 10/13/1999
        Offense Date: 08/06/1999 Offense Location: SPRINGFIELD

     ****************************** Charges *******************************
     Count    Offense Code                    Description
      1  F    94C/32A/D           COCAINE, POSSESS TO DISTRIBUTE, SUBSQ. c94C

-------------------------------------------------------------------------
Court Information: VIOL. OF PROB.
Assigned for Service To: SPR - SPRINGFIELD PD
Warrant printed by:   UM2 - US MARSHAL - SPRINGFIELD
                                                Fine Amount:
Officer Name:                                   Bail Amount:
Judge's Name: FORD,DANIEL A.                    Non-bailable
Return Date/Time: 00/00/0000 00:00  Recall Date/Time: 00/00/0000 00:00
-------------------------------------------------------------------------


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

     The court has ordered that the above warrant issue against the
     above defendant.

     Therefore you are hereby commanded to arrest the above named
     defendant and bring the defendant forthwith before this court
     to answer to the offense(s) listed above and to be dealt with
     according to law.
-------------------------------------------------------------------------
Return of Service:  By virtue of this warrant, I certify that:

        ____ The defendant has been arrested as ordered by the court.
        ____ I am returning the warrant without service to the court.


_____
Date of Arrest  Signature of Person   Title of Person    Department
                Making Service        Making Service     If different
```

RECEIVED JUL 13 AM 9:26
US PRETRIAL SERVICES
PUERTO RICO DISTRICT