UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)  Criminal No. 05-30035-MAP
)
)
v. )
)
2) ELIZABETH CORTES, )
     Defendant. )

GOVERNMENT'S FOURTH MOTION FOR ENTRY
OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from October 2, 2006, through January 8, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A). The government relies on the following in support thereof.

During the October 17, 2005 Status Conference the defendant requested time within which to review discovery including CD's and DVD's of the charged drug transaction. The Court continued the case until November 29, 2005, for a Pretrial Conference. During the November 29, 2005, Pretrial Conference the defendant requested more time to access and review the DVD's. Further, the defendant requested more time for reasons stated at a sealed side bar conference.

On December 21, 2005, the defendant failed to report to Pretrial Services and an arrest warrant was issued. In July of 2006, the defendant was arrested in Puerto Rico by the United

1

States Marshals Service pursuant to the default warrant. The defendant made an Initial appearance on August 21, 2006, and a Status Conference was held on August 29, 2006. During the Status Conference counsel for the defendant requested time within which to talk to the defendant in order to determine whether there would be a trial or a change of plea. The Court then scheduled another Status Conference for October 2, 2006.

During the October 2, 2006, Status Conference the defendant, through counsel, requested time within which to both collect medical records of the defendant in order to attempt to resolve the case without a trial, and to prepare for trial if necessary.

The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this motion.

Therefore, the government moves that the Court exclude the time between October 2, 2006, and January 8, 2007, from the speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Todd E. Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

2

Hampden, ss.                          Springfield, Massachusetts
                                      October 2, 2006

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

                                              TODD E. NEWHOUSE
                                              Assistant U.S. Attorney